UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NICHOLAS PIMENTEL,

                        Plaintiff,

        -against-

PORT AUTHORITY OF NY & NJ
("PANYNJ"), ET AL.

                        Defendants.

25 CIVIL 9255 (LTS)

CIVIL JUDGMENT

For the reasons stated in the February 6, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45

(1962).

SO ORDERED.

Dated:    February 12, 2026

        New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                      Chief United States District Judge